STATE OF CONNECTICUT *v.* JAMES WHITFIELD

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 201 (AC 22425), is denied.

*Gerald E. Bodell,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided April 3, 2003

STATE OF CONNECTICUT *v.* MICHAEL A. MAZZEO

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 430 (AC 21365), is denied.

SULLIVAN, C. J., and BORDEN, J., did not participate in the consideration or decision of this petition.

*Hubert J. Santos* and *Patrick S. Bristol,* in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided April 10, 2003

STATE OF CONNECTICUT *v.* CLARENCE AUSTIN

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 802 (AC 21815), is denied.

*Glenn M. Conway,* in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided April 10, 2003